**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA
EX REL., ARKANSAS HOSPICE, INC.**                                                                 **PLAINTIFF**

**VS.                              NO. 4:04CV00419 JMM**

**HHC, INC.;
HHC OF PINE BLUFF, PLLC;
CECILIA TROPPOLI; and THERESA TRAVIS, M.D.**          **DEFENDANTS**

**CONSENT PROTECTIVE ORDER**

It has been called to the attention of the court that at issue in this litigation are the medical records of twenty-seven (27) patients of Defendant Hospice Home Care, Inc. It further being called to the attention of the court that the discovery process, including both the exchange of documents and the taking of depositions, will inevitably involve the private medical information contained within these records. By agreement of the parties, the court orders:

    1.    The parties and their attorneys and witnesses may exchange the medical records at issue.

    2.    The records shall be used only for purposes of litigation and neither the records, nor information contained therein, shall be disseminate beyond the parties, their attorneys, and witnesses who must review the records during the litigation process. No party shall disseminate the records, or information contained therein, except as is necessary to prepare for litigation and during litigation. All parties and attorneys shall notify any person to whom the records or information contained therein is disclosed of this order and advise that party to

make no further dissemination of the records, except as required to complete litigation.

3. At the conclusion of the litigation, all records will be returned to the records' custodian. Any copies of records made during and in preparation for litigation will be destroyed.

4. As the parties anticipate that the records will be reviewed and discussed during the taking of depositions, all deposition testimony relating to these records, or information taken from the records, shall be under seal, subject to any party's right to have the seal lifted for good cause.

It is so ordered this 26th day of April, 2010.

*[signature]*

James M. Moody
United States District Court Judge

**APPROVED BY:**

JANE W. DUKE
UNITED STATES ATTORNEY

By    */s/ Dan Stripling*
      Dan Stripling
      Shannon S. Smith
      Assistant United States Attorney
      Attorneys for the Plaintiff

**APPROVED BY:**

Travis J. Morrissey
Hurst, Morrissey & Hurst, PLLC
518 Ouachita Avenue
Hot Springs, AR 71901


By  */s/ Travis J Morrissey*
      Travis J. Morrissey
      Attorney for Hospice Home Care, Inc.,
      Cecilia Troppoli, and Theresa Travis, M.D.

**APPROVED BY:**

Mitchell, Blackstock, Barnes, Wagoner, Ivers & Sneddon PLLC
Attorneys at Law
P. O. Box 1510
Little Rock, AR  72203-1510


By   */s/ Emily J. Sneddon*
         Emily J. Sneddon
         Attorneys for the Realtor