IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


ARKANSAS HOSPICE, INC.                                          PLAINTIFF

Vs.                              CASE NO. 4:04cv00419 JMM

HOSPICE HOME CARE, INC., et al                          DEFENDANTS


ORDER


The above case is currently scheduled for jury trial January 18, 2011.

The Court has been notified that the parties are working towards its resolution.

Based on this information, the jury trial is canceled.

The parties are directed to submit a status report in thirty (30) days if the case

has not been resolved.

IT IS SO ORDERED this 13th day of January, 2011.


_____
UNITED STATES DISTRICT JUDGE