# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA, ex rel.**
**ARKANSAS HOME HOSPICE, INC.**                                **PLAINTIFFS**

**V.**                          **4:04CV00419 JMM**

**HOSPICE HOME CARE, INC.;**
**CECILIA TROPPOLI; and**
**THERESA TRAVIS, M.D.**                                       **DEFENDANTS**

## ORDER

The parties are directed to file a Status Report with the Court on or before March 22, 2011.

IT IS SO ORDERED this 14th day of March, 2011.

James M. Moody
United States District Judge