**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **ARKANSAS HOSPICE, INC.** | **PLAINTIFFS** |
| v.  No. 4-04CV-00419 | |
| **HOSPICE HOME CARE, INC; HOSPICE HOME CARE OF PINE BLUFF, PLLC; CECILIA TROPPOLI; and THERESA TRAVIS, M.D.** | **DEFENDANTS** |

## ORDER OF DISMISSAL

The Court has before it in this case the pleadings, the Joint Stipulation of Dismissal of Separate Defendants Hospice Home Care, Inc., Hospice Home Care of Pine Bluff, PLLC, Cecilia Troppoli and Theresa Travis, M.D., and the Settlement Agreement of the Settling Defendants, which is attached as an exhibit to the Joint Stipulation and to this Order. The Court orders the following:

1. The claims for the Covered Conduct will be dismissed with prejudice as to the United States as to the Settling Defendants pursuant to the terms and conditions of the Settlement Agreement; the remaining claims will be dismissed without prejudice as to the United States pursuant to the terms and conditions of the Settlement Agreement; and

2. All claims are dismissed with prejudice as to the Relator pursuant to the terms and conditions of the Settlement Agreement.

This Court incorporates the terms of the Settlement Agreement into this Order, and it retains jurisdiction to enforce the Settlement Agreement on behalf of any party to the Settlement Agreement.

IT IS SO ORDERED this 16th day of December, 2011.

                                                    _____
                                                    JAMES M. MOODY
                                                    United States District Judge